August 17, 1964

No. 68742.—Appeal 5138.—United States v. The Spiegel Bros. Corp.—

C.D. 2382 reversed April 9, 1964. C.A.D. 839.

Before The First Division, August 24, 1964

No. 68743.—D.C. Andrews & Co., Inc. v. United States, protests 61/2094–11601, etc. (Chicago).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstracts 60545, 66651, and 66961, the claim of the plaintiff was sustained.